# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| FLOYD FULTON, | : | |
| Plaintiff, | : | Case No. 3:13cv00285 |
| vs. | : | District Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the Social<br>Security Administration, | :<br><br>: | |
| Defendant. | : | |

## DECISION AND ORDER

This case is before the Court upon the parties' Joint Stipulation to Award Attorney's Fees Under the Equal Access to Justice Act (Doc. #18).  The parties have jointly stipulated to, and petitioned for, an award of attorney fees, costs, and expenses in the total amount of $6,100.00 in full satisfaction and settlement of any and all claims Plaintiff may have under the EAJA, 28 U.S.C. § 2412. The parties further agree that any EAJA fees paid belong to Plaintiff and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States, pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521 (2010).

Accordingly, the Court hereby **ORDERS** that:

1. The parties' Joint Stipulation to Award Attorney's Fees Under The Equal Access To Justice Act (Doc. #18) is accepted, and Defendant shall pay Plaintiff's attorney fees, costs, and expenses under 28 U.S.C. § 2412 in the total amount of $6,100.00;

2. Defendant shall verify, **within thirty days of this Decision and Order,** whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's attorney; and

2. The case remains terminated on the docket of this Court.

May 11, 2015                                                                 *s/Thomas M. Rose

 

 

_____
Thomas M. Rose
United States District Judge